```
____ FILED      ✓ ___ LODGED
____ RECEIVED   ____ COPY

        OCT 0 4 1999

    CLERK U S DISTRICT COURT
       DISTRICT OF ARIZONA
BY _____ D. DEPUTY
```

```
____ FILED      ____ LODGED
____ RECEIVED   ____ COPY

        OCT 1 8 1999

    CLERK U S DISTRICT COURT
       DISTRICT OF ARIZONA
BY _____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MARY GIBNEY,<br><br>       Plaintiff,<br><br>v.<br><br>PULTE HOME CORPORATION, a Michigan corporation; XYZ CORPORATIONS I-XX; and BLACK and WHITE PARTNERSHIPS I-XX; and DOES I-XX,<br><br>       Defendants. | NO. CIV 99-1566-PHX-EHC<br><br>**ORDER GRANTING EXTENSION OF TIME FOR FILING DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS** |

Pursuant to the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED granting Defendant Pulte Home Corporation through and including Friday, October 8, 1999, to file its Reply in Support of its Motion to Dismiss.

IT IS FURTHER ORDERED that no further extensions of time shall be

PHX:755188.1

1   granted with respect to the briefing of said motion.

2       DATED this ___ day of October, 1999.

3

4

5

6       Earl H. Carroll, Judge
        United States District Court
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PHX:755188.1